UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>GWENDOLYN BELL,<br><br>       Defendant. | **ORDER**<br><br>24 Cr. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    A conference in this case will take place on **November 22, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    November 20, 2024

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge