# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

November 21, 2024

Hon. Paul G. Gardephe
United States District Court
  Southern District of New York
40 Foley Sq
New York, NY 10007

Re:  *U.S. v. Gwendolyn Bell,* Case No. 1:24-cr-00373-PGG-1
     Request for Remote Appearance

Dear Judge Gardephe:

I request the November 22, 2024 conference in the above case be conducted remotely via videoconference or telephone conference. I have a medical appointment on November 22 I cannot reschedule. I also have a number of appearances already scheduled for November 22, including a motion hearing in New York Supreme Civil case NR 79th St v. Sam's NY LLC, a compliance conference in New York Supreme Civil case Berthold Breitling v. Boneau Design Inc. et al, and a compliance conference in Westchester Supreme Civil Court case Kristina Ditullo et al v. Gilbert Bell III. I also have Roberto Chavez in New York Criminal Court and Douglas Thompson in Bronx Criminal Court. The government consents to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
*Counsel for Defendant Gwendolyn Bell*

**MEMO ENDORSED**

The application is denied. The Court will conduct a conference in this case on November 26, 2024 at 11:30 A.M. Defense counsel has repeatedly sought adjournments of the sentencing date. It is necessary that this case proceed to sentencing as soon as possible, and a firm date will be set at the November 26, 2024 conference.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 21, 2024