UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

GWENDOLYN BELL,

                Defendant.

**ORDER**

24 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at today's conference, the sentencing of the Defendant will take place on **January 10, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The Defendant's sentencing submission is due by **December 27, 2024**, and the Government's sentencing submission is due by **January 3, 2025**.

Dated: New York, New York
       November 26, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge