# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

December 27, 2024

Hon. Paul G. Gardephe
United States District Court
  Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007
gardephenysdchambers@nysd.uscourts.gov

    Re:    *U.S. v. Gwendolyn Bell,* Case No. 1:24-cr-00373-PGG-1
              Consent Letter Motion to Continue Filing Date Three Days

Dear Judge Gardephe:

    I request continuance of the Defense Sentencing Memo filing date from December 27, 2024 until December 30, 2024.  I had a major utility repair needed at my residence over the holiday, which impacted travel and work scheduling.  The government consents to this three day extension and advises it does not need to extend its own filing date of January 3, 2025.  Your assistance is appreciated.

    Thank you for your time and consideration in this matter.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul G. Gardephe*
**Paul G. Gardephe, U.S.D.J.**

Date: December 27, 2024

Respectfully submitted,

*/s/ Jeff Chabrowe*
**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Gwendolyn Bell***

cc: Jacob R. Fiddelman, Esq.
    jabob.fiddelman@usdoj.gov