# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

October 7, 2025

Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *USA v. Gwen Bell,* Case No. 24 Cr. 373
      Request for Order Returning Passport

Dear Judge Gardephe:

I represent Gwen Bell in the above case. I am requesting that this Court order the return of Ms. Bell's passport.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Gwen Bell***

**MEMO ENDORSED:** Pretrial Services is directed to return the Defendant's passport to her.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: October 21, 2025